IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement dated as of May 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ3<br><br>Plaintiff<br>Vs.<br><br>Karen Wierenga; Highlington Garden Homeowners' Association, Ltd.; United States of America<br><br>Defendants | Case No. 11-5095<br><br>Judge: Suzanne B Conlon<br><br>Magistrate: Martin C. Ashman |

**MOTION FOR JUDGMENT**

NOW COMES Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement dated as of May 1, 2005 Asset-Backed Pass-Through Certificates Series 2005-WHQ3, by and through its attorneys, Randall S. Miller and Associates, LLC and moves this Honorable Court for the entry of the Judgment of Foreclosure and Sale stating as follows:

1. That on November 14th, 2011, the Honorable Suzanne B. Conlon entered an order of default against all defendants for each having failed to plead or otherwise appear, holding each in technical default;

2. That Plaintiff has attached an executed Mortgagee Affidavit dated November 3, 2011 that complies with Illinois Supreme Court Rule 191, in the amount of $223,350.47 with a daily per diem of $11.75 thereafter;

3. That Plaintiff has attached an Affidavit for Attorneys Fees outlining the attorney's fees and costs of $2,371.50, that Plaintiff has incurred prosecuting this lawsuit;

4. That Plaintiff has attached an Affidavit to Military Service indicating that the signer of the subject Note is not in the military;

5. That Plaintiff has attached its proposed Judgment of Foreclosure and Sale as EXHIBIT "A".

WHEREFORE, Plaintiff requests that this Honorable Court grant the following relief:

1. That a Judgment of Foreclosure and Sale be entered against all parties;

2. And for such further relief that the Court deems just and equitable.

                    RANDALL MILLER & ASSOCIATES, LLC,


           BY: */s/ Nathan J. Reusch*_____
                Attorney for Plaintiff


Randall S. Miller & Associates, LLC
120 North LaSalle Street, Suite 1140
Chicago, IL 60602
(P) (312) 239-3432
(F) (312) 284-4820
ARDC# 6291914
Our File Number: 10IL01386-2